IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN R. BLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv31 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NEBRASKA PAROLE BOARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the on filing no. 41, the Motion for Extension of Time to respond to the defendants' motions to dismiss filed by the plaintiff, Steven R. Blair, a prisoner in the custody of the Nebraska Department of Correctional Services ("DCS"). The plaintiff, who is proceeding pro se and in forma pauperis ("IFP"), asserts federal civil rights claims pursuant to 42 U.S.C. §§ 1983, 1985(3) and 1988, alleging that the defendants have improperly denied him parole. There are three motions to dismiss pending in this case (filing nos. 21, 33 and 39). The plaintiff has responded to filing no. 21 (see filing no. 30). The court finds that the plaintiff is entitled to sufficient time to enable him to respond to the remaining motions.

THEREFORE IT IS ORDERED:

1. That the plaintiff shall have until September 30, 2005 to respond to filing nos. 33 and 39; that the plaintiff may request additional time if needed, and that filing no. 41 is granted accordingly; and

2. That the Clerk of Court shall send the plaintiff a copy of the docket sheet for this case.

DATED this 1st day of August, 2005.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge