IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN R. BLAIR, | ) |
| | ) 8:05CV0031 |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| NEBRASKA PAROLE BOARD, et al., | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on filing no. 52, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to respond to the defendant's response (filing no. 50) to plaintiff's motion for a temporary restraining order (filing no. 46). Upon review of the record, I will grant the motion, and the plaintiff's response received on January 30, 2006 (filing no. 54) will be deemed as timely filed.

SO ORDERED.

DATED this 17th day of March, 2006.

BY THE COURT:


S/F.A. GOSSETT
United States Magistrate Judge