IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN R. BLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv31 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NEBRASKA PAROLE BOARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 62, the Motion for Extension of Time to File Planning Report, filed by the plaintiff, Steven R. Blair. The plaintiff's motion is granted, and the parties shall have until April 28, 2006 to file their report.

SO ORDERED.

DATED this 19th day of April, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge