IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN R. BLAIR, ) | |
| ) | 8:05CV0031 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| NEBRASKA PAROLE BOARD, et al., ) | |
| ) | |
| Defendants. ) | |

    This matter is before the court on filing no. 65, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to file the Rule 26 Planning Report. The court granted a previous extension of time until April 28, 2006 fo the plaintiff to file the report. In filing no. 65, the plaintiff requests a second extension until May 3, 2006 in which to file the report. Upon review of the record, I will grant the motion. Filing no. 67, the Rule 26 Planning Report will be deemed timely filed.

    SO ORDERED.

    DATED this 15th day of May, 2006.

                                      BY THE COURT:

                                      s/F.A. GOSSETT
                                      United States Magistrate Judge