IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN R. BLAIR, | ) |
| | ) 8:05CV0031 |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| NEBRASKA PAROLE BOARD, et al., | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on filing no. 69, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to file an amended complaint. The case has progressed too far for the plaintiff to add new defendants or claims in his proposed amended complaint. However, the plaintiff may supplement or clarify materials already on record for this case. Therefore, filing no. 69 is granted and the plaintiff shall have until June 14, 2006 to file his amended complaint with the limitations set forth above.

SO ORDERED.

DATED this 6th day of June, 2006.

BY THE COURT:

_____
s/F.A. GOSSETT
United States Magistrate Judge