IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN R. BLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv31 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| NEBRASKA PAROLE BOARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 99, the Motion to Dismiss as to Defendant Kenneth Vampola. In filing no. 99, the plaintiff, Steven R. Blair, moves for voluntary dismissal of one of the defendants, Kenneth Vampola, from this action. Filing no. 99 is granted, and defendant-Kenneth Vampola is dismissed from this litigation, with prejudice.

SO ORDERED.

DATED this 31st day of August, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge